LAIRD *v.* STATE.

March 15, 1954

No. 39084          57 Adv. S. 27          71 So. 2d 204

See headnotes for Barnes v. State, Cause No. 39083, reported in 220 Miss. 248.

*Kelley J. Hammond, R. H. Dale,* Columbia, for appellant.

*Joe T. Patterson,* Asst. Atty. Gen., Jackson, for appellee.

McGehee, C. J.

This case is controlled in all essential particulars in regard to the assignments of error on the appeal here by the opinion in the case of Stanley Barnes v. State, Cause No. 39,083, wherein the decision was rendered on March 8, 1954, not yet reported either in the Advance Sheets or bound volumes of the law reports, and the cause must therefore be reversed and remanded.

Reversed and remanded.

*Lee, Arrington, Ethridge* and *Gillespie, JJ.,* concur.